■ HEMPSTEAD BANK, Respondent, v RAMIN WOOD IMPORTS, INC., et al., Defendants, and MICHAEL TANNENHAUSER, Appellant. — Appeals from two orders of the Supreme Court, Nassau County (McGinity, J.), one entered May 1, 1981 and the other dated July 15, 1981, dismissed (see *Matter of Aho,* 39 NY2d 241, 248). Judgment of the same court, entered August 12, 1981, affirmed. No opinion. Plaintiff is awarded one bill of $50 costs and disbursements. Mangano, J. P., Gibbons, O'Connor and Thompson, JJ., concur.